**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD BROWN,

    Plaintiff,

v.

STIEFVATER, et al.,

    Defendants.

No. C 06-0936 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a plaintiff who was a prisoner at the Contra Costa County Jail when he filed it. Plaintiff's copy of the complaint, which that the clerk sent to the jail, was returned as undeliverable on March 8, 2006. It appears from the envelopes which were returned that the jail put the mail in a new envelope and sent it to a street address in Pacheco, California, whence it was returned to the jail by the post office with a notation "moved, not forwardable." The jail then mailed it back to the court.

It is apparent that plaintiff is no longer at the address the court has for him, and he has not provided a current mailing address. More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: June 7, 2006.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.06\BROWN936.DSM-MAIL